## State ex rel. Havemeyer vs. The Board of Supervisors of the Town of Mineral Point.

*Writ of Mandamus—How to be served on a board of officers.*

A peremptory *mandamus* commanding a town board of supervisors to levy a tax must be served by leaving the *original* writ with the *chairman*, and a copy with each of the supervisors; said original to be returned by the board, with their proceedings thereon.

A peremptory writ of *mandamus* having been granted in this case to compel the respondents to levy a tax, the relator subsequently moved for an attachment against them as for a contempt in refusing obedience to the writ.

*Matt. H. Carpenter*, for the motion.

*Palmer & Hooker*, contra.

Dixon, C. J. The relator moves, on affidavit and the sheriff's return of service of the peremptory writ of *manda-*

*mus,* for an attachment to bring up the supervisors of the town to answer before this court as for a contempt in having refused obedience to the mandate of the writ. On examining the sheriff's return, we find that there has been no service of the writ as required by law. The service was by copy of the writ delivered to each of the supervisors, the sheriff having returned the writ itself to this court with his certificate of service endorsed thereon. The writ, as it should be, is directed to the supervisors of the town, and requires them to make return of it to this court with their proceedings thereon, so that it may be known that the writ has been executed, and the manner of its execution shown. The service should therefore have been made by delivering the writ to the chairman of the board of supervisors, " he being the most visible part of the corporation " or board of officers to whom the same is directed, and by delivering a copy to each of the other supervisors. Tapping on Mandamus, 330, 331, and cases cited. This is the mode of service clearly contemplated by the statute. R. S., ch. 159, sec. 1. There having been as yet no service of the writ, it follows that the motion must be denied.

*By the Court.*—Motion denied.